IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Oleg and Jennifer Yusenko, | ) | C/A No.: 0:09-cv-2395-JFA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Lennar Carolinas, LLC; Home Buyers Warranty Corporation d/b/a 2-10 Home Buyers Warranty Corporation; National Home Insurance Company; John Doe, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiffs in this case, Oleg and Jennifer Yusenko, have notified the court by letter that they intend to represent themselves in this matter. The defendants in this case have filed a Joint Motion to Enforce Settlement. The court hereby informs the plaintiffs that they have fourteen (14) days from receipt of this order to respond to that Joint Motion to Enforce Settlement (ECF No. 50), which is attached to this order. Plaintiffs are directed to send their response to the motion to the clerk of this court at the following address:

The Honorable Larry Propes
Clerk of Court
United States District Court
901 Richland Street
Columbia, South Carolina  29201

The clerk of the court is hereby directed to send a copy of this order and a copy of the Joint Motion to Enforce Settlement to the plaintiffs at the following address:

Oleg & Jennifer Yusenko
3451 Followbrook Forest
York, SC 29745

    IT IS SO ORDERED.

November 16, 2011                       Joseph F. Anderson, Jr.
Columbia, South Carolina           United States District Judge